

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00174-CR

| | | |
|---|---|---|
| Randall James Orgain | § | From 271st District Court |
| | § | of Wise County (CR17333) |
| v. | | |
| | § | February 18, 2016 |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM